UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES A. ADERINSOYE,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION,<br><br>Defendants. | Civil Action No.:<br>11-0721 (PGS)<br><br>ORDER |

A Report and Recommendation was filed on May 2, 2012 recommending that this Court (1) dismiss Plaintiff's Complaint without prejudice pursuant to Rule 37(b) of the Federal Rules of Civil Procedure for failure to comply with an order of the Court and (2) direct the Clerk of the Court to administratively terminate Defendant's Motion for Sanctions and Dismissal. [Docket No. 31]. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Rule 72(b)(2). On May 16, 2012, Defendant filed an objection to the Report and Recommendation, requesting that the Court dismiss Plaintiff's claims <u>with</u> prejudice and award Plaintiff its reasonable expenses, including attorneys' fees. [Docket No. 34]. No objection was received from Plaintiff.[1]

Having carefully reviewed the Defendant's submission and the Report and Recommendation *de novo*, and for good cause appearing,

IT IS on this 11th day of June 2012

ORDERED that the thoughtful and thorough Report and Recommendation of Magistrate

---

[1] Plaintiff was served via U.S. and certified mail, although Plaintiff never signed for the certified mail. [Docket No. 35].

Judge Tonianne Bongiovanni is hereby adopted as the opinion of this Court; and

ORDERED that Plaintiff's Complaint is dismissed without prejudice; and

ORDERED that the Clerk of the Court administrative terminate Defendant's Motion for Sanctions and Dismissal.

<i>s/Peter G. Sheridan</i>  
PETER G. SHERIDAN, U.S.D.J.

June 11, 2012